## ALLEN v. STATE.
### No. 17456.

Court of Criminal Appeals of Texas.
March 27, 1935.

Early & Johnson, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Omitting the formal parts, the indictment reads as follows: "In the county and state aforesaid Otis Allen did then and there unlawfully and for the purpose of sale possess liquor then and there capable of producing intoxication." The indictment is fundamentally defective for the reasons stated in Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882.

The judgment is reversed and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.